■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL LINTON, Appellant. [736 NYS2d 242] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 22, 1990 (*People v Linton,* 166 AD2d 670), affirming a judgment of the Supreme Court, Westchester County, rendered May 11, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Ritter, Acting P.J., Santucci, Altman and O'Brien, concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CRAIG MOBAYED, Appellant. [736 NYS2d 242] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 28, 1996 (*People v Mobayed,* 232 AD2d 661), affirming a judgment of the Supreme Court, Richmond County, rendered July 11, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Florio, J.P., S. Miller, Krausman and McGinity, JJ., concur.